UNITED STATES DISTRICT COURT
FOR THE
DISTRICT OF VERMONT

```
U.S. DISTRICT COURT
DISTRICT OF VERMONT
       FILED
    07/12/2021
BY         /s/ law
     DEPUTY CLERK
```

Everett Simpson
_____
Plaintiff(s)

vs.

Essex NY County
Sheriff Reeves Cutyn Brian
Sergint Denkee / Burks  and Low
Defendant(s)

**AFFIDAVIT IN SUPPORT OF**
**APPLICATION TO PROCEED**
**IN FORMA PAUPERIS**

Civil Action No. 2:21-cv-186

I, Everett A Simpson, being duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my application to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or give security therefor; that I believe I am entitled to redress.

I further swear that the response which I have made to questions and instructions below are true.

1. Are you presently employed?   Yes ☐   No ☒

   a. If the answer is Yes, state the amount of your salary or wages per month and give the name and address of your employer.

   _____N/A_____

   b. If the answer is No, state the date of last employment and the amount of the salary or wages per month which you received.

   Aeroconmy 2011  1200/mo

2. Have you received within the past twelve months any money from any of the following sources?

   a. Business, profession or form of self-employment?   Yes ☐   No ☒

   b. Rent payments, interest or dividends?   Yes ☐   No ☒

   c. Pensions, annuities or life insurance payments?   Yes ☐   No ☒

   d. Gifts or inheritances?   Yes ☐   No ☒

   e. Any other sources?   Yes ☐   No ☒

1

If the answer to any of the above questions is Yes, describe each source of money and state the amount received from each during the past twelve months.

_Family, 1000, Over 12 months_

3. Do you own any cash, or do you have money in a checking or savings account? Yes ☐ No ☒ (Include any funds in prison accounts). If the answer is Yes, state the total value of the items owned.

   _____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? Yes ☐ No ☒
   If the answer is Yes, describe the property and state its approximate value.

   _N/A_

5. List the persons who are dependent upon you for support, state your relationship to those persons, and indicate how much you contribute toward their support.

   _N/A_

6. List your monthly expenses.

   _N/A (Jail)_

7. *Note: You do not need to complete this section unless you are presently incarcerated.*

   A. Have you begun other lawsuits or appeals in federal court while you were incarcerated or detained in any facility?  Yes ☒ No ☐

   B. If your answer to A is <u>Yes</u>, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline).

      1. Parties to this previous lawsuit:

         Plaintiffs: _Everett A Simpson_    _I Still have_
                     _____    _Not Received_
                     _____    _Civ # from this_
                                                  _Case_
         Defendants: _FBI Agent Jennie Emmons, Officer_   _FYI_
                     _Simeon Colin FBI Sergeant Scott Mourey_
                                                   _HPD_

         _Filed In Middle 2019_
         _Vermont_
         _Federal_
         _Court_

2

County of Hartford

2. Court (name of the district or circuit): Vermont Federal Court

3. Docket Number: I Still Have Not Received One

4. Name of Judge to whom case was assigned: Not Received One Send May 2021

5. Disposition (For Example: Was the case dismissed? If so, why was it dismissed?) _____

6. Approximate date of filing lawsuit: 5-10-21

7. Approximate date of disposition: _____

I hereby authorize the agency having custody of me to collect from my prison or jail account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. Section 1915(b)(2).

I understand that a false statement or answer to any questions in this affidavit will subject me to penalties for perjury, and/or possible dismissal of this case pursuant to 28 U.S.C. Section 1915(e)(2).

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 7-1-21 , 20    _____
(Signature of Plaintiff)

**You must attach to this form a certified copy of your prison or jail account statement for the last six months.**

## CERTIFICATE

I hereby certify that the applicant herein has the sum of $_____ on account to his credit at the Essex County Correctional Facility institution where he is confined. I further certify that during the past six months the average of monthly deposits to the applicant's account was $ 95.00 , and the applicant's average monthly balance for the prior six-month period was $ 50.00 . I further certify that movant likewise has the following securities to his credit according to the records of said N/A institution.

7/2/21    JCH    ← CO Signed the form on 7-2-21    Act Around 1300

# Essex County Correctional Facility
# Generic Request Form

This form will be submitted for any request that does not have a specific form. These forms will be submitted to the housing officer on duty. The housing officer on duty will answer the request within 2 business days of receipt.

Inmate Name: Everett Sim                    CHN: 9703     Housing Unit: B

**Print your request below, illegible request will be returned**

Need Another 6th Month Certified Copy Of My Inmate Prison Account Stating Funds ASAP thnks (commit)

~~[scribbled out text]~~

Inmate Signature: [signature]                Date: 7-1-21   Time: 14:00

**On duty housing unit officers returned response below**

Will forward to Sgt and who does the account information

Done 7-2-21 [initials]

Officer's Name/Badge: C. Bigelow            Date: 7/1/21   Time: 1500

---

**Officer Instructions**
To be scanned into the SallyportNY© file, under the current booking number.
Using the Personal Tab, describe the request in one or two words when scanning.

Last updated: Tuesday, March 15, 2016

# RESIDENT HISTORY REPORT

ESSEX COUNTY JAIL
07/02/2021 07:36
ST 81 | OPR 7448

*6 months*

RESIDENTNUMBER : 9703
Resident Name : SIMPSON, EVERETT
Time Frame : 01/02/2021 00:00:00 - 07/02/2021 23:59:59

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 06/02/2021 | 08:11 | Order | 82 | cobra | CD8226 | $7.06 | $29.82 |
| 06/02/2021 | 08:14 | Order | 82 | cobra | CD8228 | $20.30 | $9.52 |
| 06/02/2021 | 08:15 | Order | 82 | cobra | CD8229 | $2.00 | $7.52 |
| 06/02/2021 | 08:16 | Order | 82 | cobra | CD8230 | $6.48 | $1.04 |
| 06/02/2021 | 08:16 | Order | 82 | cobra | CD8231 | $1.00 | $0.04 |
| 06/10/2021 | 08:10 | Order | 82 | cobra | CD8504 | $0.00 | $0.04 |
| 06/10/2021 | 13:41 | Rec Payment | 81 | le1 | CC932 | $0.04 | $0.00 |
| 06/16/2021 | 08:03 | Order | 82 | cobra | CD8705 | $0.00 | $0.00 |
| 06/16/2021 | 20:37 | EF Commissary | 1 | cobra | A29281 | $40.00 | $40.00 |
| 06/16/2021 | 20:37 | Rec Payment | 1 | cobra | A29282 | $4.16 | $35.84 |
| 06/17/2021 | 08:14 | Order | 82 | cobra | CD8745 | $9.00 | $26.84 |
| 06/17/2021 | 08:14 | Credit | 82 | cobra | CD8746 | $0.00 | $26.84 |
| 06/17/2021 | 08:15 | Order | 82 | cobra | CD8747 | $11.00 | $15.84 |
| 06/17/2021 | 08:16 | Order | 82 | cobra | CD8748 | $1.62 | $14.22 |
| 06/17/2021 | 08:17 | Order | 82 | cobra | CD8749 | $5.50 | $8.72 |
| 06/17/2021 | 08:18 | Order | 82 | cobra | CD8750 | $6.70 | $2.02 |
| 06/17/2021 | 08:19 | Order | 82 | cobra | CD8751 | $1.00 | $1.02 |
| 06/17/2021 | 08:20 | Order | 82 | cobra | CD8753 | $0.81 | $0.21 |
| 06/17/2021 | 09:54 | Order | 82 | cobra | CD8755 | $0.17 | $0.04 |
| 06/25/2021 | 08:02 | Order | 82 | cobra | CD9060 | $0.00 | $0.04 |
| 06/27/2021 | 19:12 | EF Commissary | 1 | cobra | A29413 | $30.00 | $30.04 |
| 06/27/2021 | 19:18 | Order | 82 | cobra | CD9164 | $9.16 | $20.88 |
| 06/27/2021 | 19:18 | Order | 82 | cobra | CD9165 | $10.04 | $10.84 |
| 06/27/2021 | 19:19 | Order | 82 | cobra | CD9166 | $1.30 | $9.54 |
| 06/27/2021 | 19:20 | Order | 82 | cobra | CD9167 | $1.62 | $7.92 |
| 06/27/2021 | 19:20 | Order | 82 | cobra | CD9168 | $5.50 | $2.42 |
| 06/27/2021 | 19:21 | Order | 82 | cobra | CD9169 | $1.62 | $0.80 |
| 06/27/2021 | 19:24 | Order | 82 | cobra | CD9170 | $0.69 | $0.11 |
| 06/27/2021 | 19:26 | Order | 82 | cobra | CD9171 | $0.09 | $0.02 |

**RESIDENT HISTORY REPORT**

ESSEX COUNTY JAIL
07/02/2021 07:36
ST  81  |  OPR  7448

Page   1 of   9

RESIDENTNUMBER : 9703
Resident Name   : SIMPSON, EVERETT
Time Frame      : 01/02/2021 00:00:00 - 07/02/2021 23:59:59

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 01/03/2021 | 14:15 | EF Commissary | 1 | cobra | A27186 | $50.00 | $50.15 |
| 01/03/2021 | 14:33 | Order | 82 | cobra | CD1388 | $6.91 | $43.24 |
| 01/03/2021 | 14:46 | Order | 82 | cobra | CD1390 | $43.20 | $0.04 |
| 01/06/2021 | 05:03 | Credit | 82 | cobra | CD1512 | $3.85 | $3.89 |
| 01/06/2021 | 09:54 | Order | 82 | cobra | CD1520 | $3.00 | $0.89 |
| 01/06/2021 | 09:55 | Order | 82 | cobra | CD1521 | $0.76 | $0.13 |
| 01/14/2021 | 11:39 | Order | 82 | cobra | CD1871 | $0.00 | $0.13 |
| 01/20/2021 | 09:59 | Order | 82 | cobra | CD2153 | $0.00 | $0.13 |
| 01/25/2021 | 19:27 | EF Commissary | 1 | cobra | A27446 | $30.00 | $30.13 |
| 01/25/2021 | 20:00 | Order | 82 | cobra | CD2308 | $5.62 | $24.51 |
| 01/25/2021 | 20:10 | Order | 82 | cobra | CD2309 | $10.27 | $14.24 |
| 01/25/2021 | 20:15 | Order | 82 | cobra | CD2310 | $3.10 | $11.14 |
| 01/25/2021 | 20:34 | Order | 82 | cobra | CD2313 | $1.00 | $10.14 |
| 01/25/2021 | 21:58 | Order | 82 | cobra | CD2321 | $3.35 | $6.79 |
| 01/26/2021 | 10:14 | Order | 82 | cobra | CD2329 | $3.00 | $3.79 |
| 01/26/2021 | 12:03 | Order | 82 | cobra | CD2335 | $1.00 | $2.79 |
| 01/26/2021 | 16:49 | Order | 82 | cobra | CD2349 | $1.00 | $1.79 |
| 01/27/2021 | 04:46 | Credit | 82 | cobra | CD2367 | $3.35 | $5.14 |
| 01/27/2021 | 09:13 | Order | 82 | cobra | CD2370 | $1.00 | $4.14 |
| 01/27/2021 | 19:03 | Order | 82 | cobra | CD2402 | $1.00 | $3.14 |
| 01/30/2021 | 09:34 | Order | 82 | cobra | CD2530 | $1.00 | $2.14 |
| 01/30/2021 | 20:14 | Order | 82 | cobra | CD2588 | $1.00 | $1.14 |
| 01/31/2021 | 19:47 | Order | 82 | cobra | CD2637 | $1.00 | $0.14 |
| 02/01/2021 | 19:49 | EF Commissary | 1 | cobra | A27555 | $40.00 | $40.14 |
| 02/01/2021 | 19:51 | Order | 82 | cobra | CD2705 | $3.00 | $37.14 |
| 02/01/2021 | 19:54 | Order | 82 | cobra | CD2706 | $16.43 | $20.71 |
| 02/01/2021 | 19:58 | Order | 82 | cobra | CD2707 | $4.00 | $16.71 |
| 02/01/2021 | 20:28 | Order | 82 | cobra | CD2710 | $3.00 | $13.71 |
| 02/01/2021 | 20:45 | Order | 82 | cobra | CD2712 | $2.00 | $11.71 |
| 02/01/2021 | 20:46 | Order | 82 | cobra | CD2713 | $1.67 | $10.04 |
| 02/01/2021 | 20:47 | Order | 82 | cobra | CD2714 | $3.19 | $6.85 |
| 02/01/2021 | 20:48 | Order | 82 | cobra | CD2715 | $1.00 | $5.85 |

# RESIDENT HISTORY REPORT

ESSEX COUNTY JAIL  
07/02/2021 07:36  
ST 81 | OPR 7448

Page 2 of 9

```
RESIDENTNUMBER : 9703
Resident Name   : SIMPSON, EVERETT
Time Frame      : 01/02/2021 00:00:00 - 07/02/2021 23:59:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/02/2021 | 12:04 | Order | 82 | cobra | CD2748 | $1.00 | $4.85 |
| 02/02/2021 | 19:33 | Order | 82 | cobra | CD2785 | $1.00 | $3.85 |
| 02/03/2021 | 09:27 | Order | 82 | cobra | CD2809 | $2.73 | $1.12 |
| 02/03/2021 | 10:34 | Order | 82 | cobra | CD2815 | $1.00 | $0.12 |
| 02/11/2021 | 08:52 | Order | 82 | cobra | CD3267 | $0.00 | $0.12 |
| 02/13/2021 | 09:07 | EF Commissary | 1 | cobra | A27692 | $10.00 | $10.12 |
| 02/13/2021 | 09:09 | Order | 82 | cobra | CD3361 | $5.00 | $5.12 |
| 02/13/2021 | 09:29 | Order | 82 | cobra | CD3364 | $3.00 | $2.12 |
| 02/13/2021 | 09:41 | Order | 82 | cobra | CD3365 | $2.00 | $0.12 |
| 02/15/2021 | 14:55 | EF Commissary | 1 | cobra | A27712 | $25.00 | $25.12 |
| 02/15/2021 | 15:00 | Order | 82 | cobra | CD3465 | $5.02 | $20.10 |
| 02/15/2021 | 15:01 | Order | 82 | cobra | CD3466 | $3.24 | $16.86 |
| 02/15/2021 | 15:02 | Order | 82 | cobra | CD3467 | $4.05 | $12.81 |
| 02/15/2021 | 15:03 | Order | 82 | cobra | CD3468 | $2.00 | $10.81 |
| 02/15/2021 | 15:05 | Order | 82 | cobra | CD3469 | $6.20 | $4.61 |
| 02/15/2021 | 15:07 | Order | 82 | cobra | CD3470 | $1.00 | $3.61 |
| 02/15/2021 | 15:08 | Order | 82 | cobra | CD3471 | $1.00 | $2.61 |
| 02/15/2021 | 15:18 | Order | 82 | cobra | CD3474 | $1.00 | $1.61 |
| 02/15/2021 | 20:19 | Order | 82 | cobra | CD3498 | $1.00 | $0.61 |
| 02/15/2021 | 20:20 | Order | 82 | cobra | CD3499 | $0.38 | $0.23 |
| 02/19/2021 | 20:43 | EF Commissary | 1 | cobra | A27776 | $10.00 | $10.23 |
| 02/19/2021 | 20:44 | Order | 82 | cobra | CD3695 | $8.00 | $2.23 |
| 02/19/2021 | 21:14 | Order | 82 | cobra | CD3700 | $2.00 | $0.23 |
| 02/23/2021 | 23:45 | EF Commissary | 1 | cobra | A27833 | $50.00 | $50.23 |
| 02/24/2021 | 08:07 | Order | 82 | cobra | CD3900 | $5.00 | $45.23 |
| 02/24/2021 | 08:09 | Order | 82 | cobra | CD3901 | $5.03 | $40.20 |
| 02/24/2021 | 08:10 | Order | 82 | cobra | CD3902 | $3.35 | $36.85 |
| 02/24/2021 | 08:11 | Order | 82 | cobra | CD3903 | $4.86 | $31.99 |
| 02/24/2021 | 08:19 | Order | 82 | cobra | CD3904 | $2.68 | $29.31 |
| 02/24/2021 | 08:30 | Order | 82 | cobra | CD3905 | $6.20 | $23.11 |
| 02/24/2021 | 08:42 | Order | 82 | cobra | CD3906 | $11.45 | $11.66 |
| 02/24/2021 | 08:45 | Order | 82 | cobra | CD3908 | $9.20 | $2.46 |

**RESIDENT HISTORY REPORT**                                            Page    3 of    9

ESSEX COUNTY JAIL
07/02/2021 07:36
ST  81  |  OPR  7448

```
RESIDENTNUMBER : 9703
Resident Name  : SIMPSON, EVERETT
Time Frame     : 01/02/2021 00:00:00 - 07/02/2021 23:59:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 02/24/2021 | 08:46 | Order | 82 | cobra | CD3909 | $1.40 | $1.06 |
| 02/24/2021 | 08:47 | Order | 82 | cobra | CD3910 | $1.00 | $0.06 |
| 03/01/2021 | 16:11 | EF Commissary | 1 | cobra | A27898 | $50.00 | $50.06 |
| 03/01/2021 | 16:25 | Credit | 1 | cobra | A27901 | $3.35 | $53.41 |
| 03/03/2021 | 12:10 | Order | 82 | cobra | CD4139 | $11.66 | $41.75 |
| 03/03/2021 | 12:11 | Order | 82 | cobra | CD4140 | $4.86 | $36.89 |
| 03/03/2021 | 12:15 | Order | 82 | cobra | CD4141 | $5.78 | $31.11 |
| 03/03/2021 | 12:16 | Order | 82 | cobra | CD4142 | $4.00 | $27.11 |
| 03/03/2021 | 12:18 | Order | 82 | cobra | CD4143 | $4.86 | $22.25 |
| 03/03/2021 | 12:23 | Order | 82 | cobra | CD4144 | $3.24 | $19.01 |
| 03/03/2021 | 12:26 | Order | 82 | cobra | CD4145 | $1.62 | $17.39 |
| 03/03/2021 | 12:32 | Order | 82 | cobra | CD4146 | $2.20 | $15.19 |
| 03/03/2021 | 12:35 | Order | 82 | cobra | CD4147 | $2.70 | $12.49 |
| 03/03/2021 | 12:36 | Order | 82 | cobra | CD4148 | $6.59 | $5.90 |
| 03/03/2021 | 12:38 | Order | 82 | cobra | CD4149 | $5.72 | $0.18 |
| 03/09/2021 | 08:51 | Credit | 84 | lel | CF21 | $0.76 | $0.94 |
| 03/09/2021 | 08:56 | Order | 82 | cobra | CD4375 | $0.70 | $0.24 |
| 03/09/2021 | 13:36 | Order | 82 | cobra | CD4401 | $0.19 | $0.05 |
| 03/09/2021 | 19:11 | EF Commissary | 1 | cobra | A27994 | $25.00 | $25.05 |
| 03/09/2021 | 19:14 | Order | 82 | cobra | CD4415 | $4.00 | $21.05 |
| 03/09/2021 | 19:17 | Order | 82 | cobra | CD4416 | $1.60 | $19.45 |
| 03/09/2021 | 19:44 | Order | 82 | cobra | CD4419 | $1.00 | $18.45 |
| 03/09/2021 | 19:47 | Order | 82 | cobra | CD4420 | $5.50 | $12.95 |
| 03/09/2021 | 19:47 | Order | 82 | cobra | CD4421 | $0.49 | $12.46 |
| 03/09/2021 | 19:57 | Order | 82 | cobra | CD4422 | $3.51 | $8.95 |
| 03/09/2021 | 20:00 | Order | 82 | cobra | CD4423 | $2.00 | $6.95 |
| 03/09/2021 | 20:00 | Order | 82 | cobra | CD4424 | $1.00 | $5.95 |
| 03/10/2021 | 12:28 | Order | 82 | cobra | CD4445 | $4.32 | $1.63 |
| 03/10/2021 | 19:26 | Order | 82 | cobra | CD4470 | $1.00 | $0.63 |
| 03/11/2021 | 09:00 | Order | 82 | cobra | CD4485 | $0.38 | $0.25 |
| 03/13/2021 | 04:45 | Credit | 82 | cobra | CD4574 | $4.32 | $4.57 |
| 03/14/2021 | 08:54 | Order | 82 | cobra | CD4617 | $2.70 | $1.87 |

**RESIDENT HISTORY REPORT**                                                Page     4 of     9

ESSEX COUNTY JAIL
07/02/2021 07:36
ST  81  |  OPR  7448

RESIDENTNUMBER : 9703
Resident Name  : SIMPSON, EVERETT
Time Frame     : 01/02/2021 00:00:00 - 07/02/2021 23:59:59

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/14/2021 | 08:56 | Order | 82 | cobra | CD4618 | $0.70 | $1.17 |
| 03/14/2021 | 19:24 | Order | 82 | cobra | CD4641 | $0.60 | $0.57 |
| 03/14/2021 | 19:25 | Order | 82 | cobra | CD4643 | $0.32 | $0.25 |
| 03/15/2021 | 08:43 | Order | 82 | cobra | CD4650 | $0.19 | $0.06 |
| 03/16/2021 | 19:59 | EF Commissary | 1 | cobra | A28084 | $10.00 | $10.06 |
| 03/16/2021 | 21:27 | Order | 82 | cobra | CD4747 | $1.67 | $8.39 |
| 03/16/2021 | 21:28 | Order | 82 | cobra | CD4748 | $3.24 | $5.15 |
| 03/16/2021 | 21:30 | Order | 82 | cobra | CD4749 | $3.10 | $2.05 |
| 03/16/2021 | 21:31 | Order | 82 | cobra | CD4750 | $1.55 | $0.50 |
| 03/16/2021 | 21:31 | EF Commissary | 1 | cobra | A28086 | $35.00 | $35.50 |
| 03/16/2021 | 21:33 | Order | 82 | cobra | CD4752 | $0.32 | $35.18 |
| 03/17/2021 | 05:04 | Credit | 82 | cobra | CD4760 | $0.32 | $35.50 |
| 03/17/2021 | 05:04 | Credit | 82 | cobra | CD4761 | $0.32 | $35.82 |
| 03/17/2021 | 09:19 | Order | 82 | cobra | CD4778 | $15.17 | $20.65 |
| 03/17/2021 | 09:21 | Order | 82 | cobra | CD4779 | $3.24 | $17.41 |
| 03/17/2021 | 09:21 | Order | 82 | cobra | CD4780 | $5.99 | $11.42 |
| 03/17/2021 | 09:22 | Order | 82 | cobra | CD4781 | $2.16 | $9.26 |
| 03/17/2021 | 09:22 | Order | 82 | cobra | CD4783 | $1.20 | $8.06 |
| 03/17/2021 | 09:23 | Order | 82 | cobra | CD4784 | $3.10 | $4.96 |
| 03/17/2021 | 09:23 | Order | 82 | cobra | CD4785 | $1.55 | $3.41 |
| 03/17/2021 | 09:25 | Order | 82 | cobra | CD4787 | $1.55 | $1.86 |
| 03/17/2021 | 09:26 | Order | 82 | cobra | CD4788 | $0.70 | $1.16 |
| 03/19/2021 | 13:43 | Order | 82 | cobra | CD4865 | $1.00 | $0.16 |
| 03/20/2021 | 04:46 | Credit | 82 | cobra | CD4904 | $0.32 | $0.48 |
| 03/20/2021 | 04:46 | Credit | 82 | cobra | CD4905 | $0.32 | $0.80 |
| 03/20/2021 | 09:15 | Order | 82 | cobra | CD4915 | $0.65 | $0.15 |
| 03/22/2021 | 10:57 | Order | 82 | cobra | CD5018 | $0.10 | $0.05 |
| 03/22/2021 | 18:21 | EF Commissary | 1 | cobra | A28162 | $40.00 | $40.05 |
| 03/22/2021 | 19:03 | Order | 82 | cobra | CD5040 | $12.78 | $27.27 |
| 03/22/2021 | 19:05 | Order | 82 | cobra | CD5041 | $3.00 | $24.27 |
| 03/22/2021 | 19:05 | Order | 82 | cobra | CD5042 | $4.86 | $19.41 |
| 03/22/2021 | 19:14 | Order | 82 | cobra | CD5044 | $4.86 | $14.55 |

**RESIDENT HISTORY REPORT**                                                        Page     5 of     9

ESSEX COUNTY JAIL
07/02/2021 07:36
ST  81  |  OPR  7448

```
RESIDENTNUMBER : 9703
Resident Name  : SIMPSON, EVERETT
Time Frame     : 01/02/2021 00:00:00 - 07/02/2021 23:59:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 03/22/2021 | 19:15 | Order | 82 | cobra | CD5045 | $1.60 | $12.95 |
| 03/22/2021 | 19:17 | Order | 82 | cobra | CD5046 | $1.95 | $11.00 |
| 03/22/2021 | 19:19 | Order | 82 | cobra | CD5047 | $8.59 | $2.41 |
| 03/23/2021 | 18:16 | Order | 82 | cobra | CD5088 | $1.00 | $1.41 |
| 03/23/2021 | 19:03 | Order | 82 | cobra | CD5090 | $1.00 | $0.41 |
| 03/23/2021 | 19:04 | Order | 82 | cobra | CD5092 | $0.32 | $0.09 |
| 03/25/2021 | 10:28 | Credit | 84 | 1el | CF83 | $5.50 | $5.59 |
| 03/25/2021 | 14:19 | Order | 82 | cobra | CD5195 | $2.45 | $3.14 |
| 03/25/2021 | 14:20 | Order | 82 | cobra | CD5196 | $1.00 | $2.14 |
| 03/25/2021 | 14:21 | Order | 82 | cobra | CD5197 | $1.78 | $0.36 |
| 03/25/2021 | 14:23 | Order | 82 | cobra | CD5198 | $0.29 | $0.07 |
| 03/28/2021 | 09:11 | EF Commissary | 1 | cobra | A28233 | $20.00 | $20.07 |
| 03/28/2021 | 11:16 | Order | 82 | cobra | CD5329 | $3.10 | $16.97 |
| 03/28/2021 | 11:17 | Order | 82 | cobra | CD5330 | $3.24 | $13.73 |
| 03/28/2021 | 11:17 | Order | 82 | cobra | CD5331 | $1.00 | $12.73 |
| 03/28/2021 | 11:17 | Order | 82 | cobra | CD5332 | $1.00 | $11.73 |
| 03/28/2021 | 11:18 | Order | 82 | cobra | CD5333 | $3.35 | $8.38 |
| 03/28/2021 | 11:19 | Order | 82 | cobra | CD5334 | $6.37 | $2.01 |
| 03/28/2021 | 11:20 | Order | 82 | cobra | CD5335 | $1.60 | $0.41 |
| 03/28/2021 | 11:21 | Order | 82 | cobra | CD5336 | $0.19 | $0.22 |
| 03/28/2021 | 11:21 | Order | 82 | cobra | CD5337 | $0.19 | $0.03 |
| 04/01/2021 | 14:47 | EF Commissary | 1 | cobra | A28318 | $35.00 | $35.03 |
| 04/01/2021 | 17:09 | Order | 82 | cobra | CD5565 | $5.50 | $29.53 |
| 04/01/2021 | 17:10 | Order | 82 | cobra | CD5566 | $4.86 | $24.67 |
| 04/01/2021 | 17:10 | Order | 82 | cobra | CD5567 | $2.00 | $22.67 |
| 04/01/2021 | 17:12 | Order | 82 | cobra | CD5568 | $1.67 | $21.00 |
| 04/01/2021 | 17:18 | Order | 82 | cobra | CD5569 | $3.10 | $17.90 |
| 04/01/2021 | 17:19 | Order | 82 | cobra | CD5570 | $1.62 | $16.28 |
| 04/01/2021 | 17:21 | Order | 82 | cobra | CD5571 | $7.70 | $8.58 |
| 04/01/2021 | 17:26 | Order | 82 | cobra | CD5573 | $1.62 | $6.96 |
| 04/01/2021 | 17:29 | Order | 82 | cobra | CD5574 | $5.50 | $1.46 |
| 04/01/2021 | 20:01 | Order | 82 | cobra | CD5581 | $1.00 | $0.46 |

**RESIDENT HISTORY REPORT**                                       Page    6 of    9

ESSEX COUNTY JAIL
07/02/2021 07:36
ST  81  |  OPR  7448

```
RESIDENTNUMBER : 9703
Resident Name  : SIMPSON, EVERETT
Time Frame     : 01/02/2021 00:00:00 - 07/02/2021 23:59:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/01/2021 | 20:02 | Order | 82 | cobra | CD5582 | $0.38 | $0.08 |
| 04/07/2021 | 12:29 | EF Commissary | 1 | cobra | A28414 | $75.00 | $75.08 |
| 04/07/2021 | 12:55 | Order | 82 | cobra | CD5870 | $10.04 | $65.04 |
| 04/07/2021 | 12:59 | Order | 82 | cobra | CD5872 | $8.00 | $57.04 |
| 04/07/2021 | 13:01 | Order | 82 | cobra | CD5873 | $5.00 | $52.04 |
| 04/07/2021 | 13:06 | Order | 82 | cobra | CD5874 | $5.94 | $46.10 |
| 04/07/2021 | 13:11 | Order | 82 | cobra | CD5875 | $8.60 | $37.50 |
| 04/07/2021 | 13:14 | Order | 82 | cobra | CD5876 | $7.50 | $30.00 |
| 04/07/2021 | 13:18 | Order | 82 | cobra | CD5877 | $10.00 | $20.00 |
| 04/08/2021 | 10:01 | Credit | 1 | cobra | A28429 | $1.55 | $21.55 |
| 04/08/2021 | 15:47 | Order | 82 | cobra | CD5940 | $4.00 | $17.55 |
| 04/08/2021 | 15:48 | Order | 82 | cobra | CD5941 | $3.24 | $14.31 |
| 04/08/2021 | 15:48 | Order | 82 | cobra | CD5942 | $3.85 | $10.46 |
| 04/08/2021 | 15:50 | Order | 82 | cobra | CD5943 | $1.55 | $8.91 |
| 04/08/2021 | 15:51 | Order | 82 | cobra | CD5944 | $1.62 | $7.29 |
| 04/08/2021 | 15:51 | Order | 82 | cobra | CD5945 | $3.00 | $4.29 |
| 04/08/2021 | 15:55 | Order | 82 | cobra | CD5946 | $3.10 | $1.19 |
| 04/09/2021 | 14:11 | Order | 82 | cobra | CD5999 | $1.00 | $0.19 |
| 04/10/2021 | 04:47 | Credit | 82 | cobra | CD6029 | $2.50 | $2.69 |
| 04/14/2021 | 17:47 | Order | 82 | cobra | CD6261 | $2.00 | $0.69 |
| 04/18/2021 | 21:07 | EF Commissary | 1 | cobra | A28565 | $10.00 | $10.69 |
| 04/19/2021 | 08:22 | Order | 82 | cobra | CD6445 | $5.02 | $5.67 |
| 04/19/2021 | 08:23 | Order | 82 | cobra | CD6446 | $3.24 | $2.43 |
| 04/19/2021 | 08:23 | Order | 82 | cobra | CD6447 | $1.00 | $1.43 |
| 04/19/2021 | 08:24 | Order | 82 | cobra | CD6448 | $1.13 | $0.30 |
| 04/19/2021 | 17:55 | Order | 82 | cobra | CD6479 | $0.30 | $0.00 |
| 04/21/2021 | 04:54 | Credit | 82 | cobra | CD6551 | $0.30 | $0.30 |
| 04/24/2021 | 09:51 | EF Commissary | 1 | cobra | A28662 | $40.00 | $40.30 |
| 04/24/2021 | 10:04 | Order | 82 | cobra | CD6675 | $10.04 | $30.26 |
| 04/24/2021 | 10:04 | Order | 82 | cobra | CD6676 | $11.34 | $18.92 |
| 04/24/2021 | 10:05 | Order | 82 | cobra | CD6677 | $3.00 | $15.92 |
| 04/24/2021 | 10:11 | Order | 82 | cobra | CD6678 | $6.59 | $9.33 |

**RESIDENT HISTORY REPORT**                                                                 Page    7 of    9

ESSEX COUNTY JAIL
07/02/2021 07:36
ST  81  |  OPR  7448

```
RESIDENTNUMBER : 9703
Resident Name  : SIMPSON, EVERETT
Time Frame     : 01/02/2021 00:00:00 - 07/02/2021 23:59:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 04/24/2021 | 10:12 | Order | 82 | cobra | CD6679 | $2.00 | $7.33 |
| 04/24/2021 | 10:14 | Order | 82 | cobra | CD6680 | $7.10 | $0.23 |
| 04/28/2021 | 04:50 | Credit | 82 | cobra | CD6829 | $3.35 | $3.58 |
| 04/28/2021 | 08:23 | Order | 82 | cobra | CD6836 | $1.00 | $2.58 |
| 04/29/2021 | 22:15 | EF Commissary | 1 | cobra | A28717 | $20.00 | $22.58 |
| 04/30/2021 | 08:46 | Order | 82 | cobra | CD6923 | $0.58 | $22.00 |
| 04/30/2021 | 08:47 | Order | 82 | cobra | CD6924 | $5.02 | $16.98 |
| 04/30/2021 | 08:47 | Order | 82 | cobra | CD6925 | $3.45 | $13.53 |
| 04/30/2021 | 08:49 | Order | 82 | cobra | CD6926 | $8.58 | $4.95 |
| 04/30/2021 | 08:50 | Order | 82 | cobra | CD6927 | $2.87 | $2.08 |
| 04/30/2021 | 08:50 | Order | 82 | cobra | CD6928 | $1.62 | $0.46 |
| 04/30/2021 | 08:51 | Order | 82 | cobra | CD6929 | $0.39 | $0.07 |
| 05/01/2021 | 19:53 | EF Commissary | 1 | cobra | A28739 | $50.00 | $50.07 |
| 05/01/2021 | 20:11 | Order | 82 | cobra | CD6997 | $14.35 | $35.72 |
| 05/01/2021 | 20:13 | Order | 82 | cobra | CD6998 | $5.24 | $30.48 |
| 05/01/2021 | 20:16 | Order | 82 | cobra | CD7000 | $6.10 | $24.38 |
| 05/01/2021 | 20:17 | Order | 82 | cobra | CD7001 | $6.53 | $17.85 |
| 05/01/2021 | 20:20 | Order | 82 | cobra | CD7003 | $2.87 | $14.98 |
| 05/01/2021 | 20:21 | Order | 82 | cobra | CD7004 | $4.05 | $10.93 |
| 05/01/2021 | 20:22 | Order | 82 | cobra | CD7005 | $2.05 | $8.88 |
| 05/01/2021 | 20:22 | Order | 82 | cobra | CD7006 | $2.00 | $6.88 |
| 05/01/2021 | 20:23 | Order | 82 | cobra | CD7007 | $5.50 | $1.38 |
| 05/01/2021 | 20:24 | Order | 82 | cobra | CD7008 | $1.00 | $0.38 |
| 05/05/2021 | 04:49 | Credit | 82 | cobra | CD7150 | $1.30 | $1.68 |
| 05/05/2021 | 17:38 | Order | 82 | cobra | CD7176 | $1.00 | $0.68 |
| 05/05/2021 | 17:41 | Order | 82 | cobra | CD7177 | $0.67 | $0.01 |
| 05/13/2021 | 08:08 | Order | 82 | cobra | CD7435 | $0.00 | $0.01 |
| 05/17/2021 | 21:37 | EF Commissary | 1 | cobra | A28936 | $50.00 | $50.01 |
| 05/18/2021 | 08:04 | Order | 82 | cobra | CD7634 | $13.39 | $36.62 |
| 05/18/2021 | 08:04 | Order | 82 | cobra | CD7635 | $3.00 | $33.62 |
| 05/18/2021 | 08:22 | Order | 82 | cobra | CD7636 | $6.48 | $27.14 |
| 05/18/2021 | 08:24 | Order | 82 | cobra | CD7637 | $18.90 | $8.24 |

**RESIDENT HISTORY REPORT**                                      Page    8 of    9

ESSEX COUNTY JAIL
07/02/2021 07:36
ST  81  |  OPR  7448

```
RESIDENTNUMBER : 9703
Resident Name  : SIMPSON, EVERETT
Time Frame     : 01/02/2021 00:00:00 - 07/02/2021 23:59:59
```

| Date | Time | Type | ST | OPR | Receipt # | Amount | Balance |
|---|---|---|---|---|---|---|---|
| 05/18/2021 | 08:24 | Order | 82 | cobra | CD7638 | $2.00 | $6.24 |
| 05/18/2021 | 08:25 | Order | 82 | cobra | CD7640 | $2.00 | $4.24 |
| 05/18/2021 | 08:31 | Order | 82 | cobra | CD7642 | $2.50 | $1.74 |
| 05/18/2021 | 08:32 | Order | 82 | cobra | CD7643 | $1.00 | $0.74 |
| 05/18/2021 | 08:34 | Order | 82 | cobra | CD7644 | $0.68 | $0.06 |
| 05/18/2021 | 08:47 | Transfer To | 84 | le1 | CF314 | $25.00 | $25.06 |
| 05/18/2021 | 09:57 | Order | 82 | cobra | CD7648 | $5.50 | $19.56 |
| 05/18/2021 | 09:59 | Order | 82 | cobra | CD7649 | $2.20 | $17.36 |
| 05/18/2021 | 09:59 | Order | 82 | cobra | CD7650 | $2.00 | $15.36 |
| 05/18/2021 | 10:06 | Order | 82 | cobra | CD7651 | $9.10 | $6.26 |
| 05/18/2021 | 10:14 | Order | 82 | cobra | CD7652 | $3.24 | $3.02 |
| 05/18/2021 | 10:15 | Order | 82 | cobra | CD7653 | $2.75 | $0.27 |
| 05/18/2021 | 10:18 | Order | 82 | cobra | CD7655 | $0.19 | $0.08 |
| 05/19/2021 | 06:07 | Credit | 82 | cobra | CD7694 | $6.70 | $6.78 |
| 05/19/2021 | 08:27 | Order | 82 | cobra | CD7705 | $5.50 | $1.28 |
| 05/19/2021 | 08:28 | Order | 82 | cobra | CD7706 | $1.20 | $0.08 |
| 05/27/2021 | 08:06 | Order | 82 | cobra | CD8003 | $0.00 | $0.08 |
| 05/27/2021 | 23:04 | EF Commissary | 1 | cobra | A29051 | $25.00 | $25.08 |
| 05/28/2021 | 08:08 | Order | 82 | cobra | CD8039 | $6.70 | $18.38 |
| 05/28/2021 | 08:08 | Credit | 82 | cobra | CD8040 | $0.00 | $18.38 |
| 05/28/2021 | 08:08 | Order | 82 | cobra | CD8041 | $1.73 | $16.65 |
| 05/28/2021 | 08:09 | Order | 82 | cobra | CD8042 | $5.50 | $11.15 |
| 05/28/2021 | 08:09 | Order | 82 | cobra | CD8044 | $4.86 | $6.29 |
| 05/28/2021 | 08:09 | Order | 82 | cobra | CD8045 | $2.00 | $4.29 |
| 05/28/2021 | 08:10 | Order | 82 | cobra | CD8046 | $3.10 | $1.19 |
| 05/28/2021 | 08:11 | Order | 82 | cobra | CD8047 | $0.97 | $0.22 |
| 05/28/2021 | 08:11 | Order | 82 | cobra | CD8049 | $0.17 | $0.05 |
| 06/01/2021 | 21:09 | EF Commissary | 1 | cobra | A29093 | $40.00 | $40.0 |
| 06/01/2021 | 21:49 | EF Commissary | 1 | cobra | A29094 | $50.00 | $90.0 |
| 06/02/2021 | 08:06 | Order | 82 | cobra | CD8223 | $34.54 | $55.5 |
| 06/02/2021 | 08:06 | Order | 82 | cobra | CD8224 | $6.48 | $49.0 |
| 06/02/2021 | 08:09 | Order | 82 | cobra | CD8225 | $12.15 | $36. |